UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID A. ERICKSON,

                Plaintiff,

    -v-                                   1:06-CV-1246

MICHAEL CHERTOFF,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

**O R D E R**

      Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on July 11, 2008, in Utica, New York, it is hereby

      ORDERED that defendant's motion for summary judgment is GRANTED and the complaint is DISMISSED in its entirety.

      The Clerk of the Court is directed to enter judgment accordingly.

      IT IS SO ORDERED.

                                            United States District Judge

Dated: July 11, 2008
       Utica, New York.