## United States District Court
### Northern District of New York

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:   1:06-CV-1246

**DAVID A. ERICKSON**

- v -

**MICHAEL CHERTOFF**

[ ]   Jury verdict. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[xx]   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is GRANTED and the complaint is DISMISSED in its entirety, in accordance with the Order of the Honorable David N. Hurd, United States District Judge, filed July 11, 2008.

July 11, 2008
**DATE**

*Lawrence K. Baerman* (signature)
Clerk of Court

C. Mergenthaler
**(BY) DEPUTY CLERK**

Entered and served on July 11, 2008